MISSOURI, K. & T. RY. CO. *et al.* v. STATE.

No. 642. Opinion Filed October 20, 1909.

(104 Pac. 1089.)

RAILROAD RATES—Regulation by Corporation Commission. Syllabus same as in Midland Valley Railroad Co. et al. v. State, No. 736, decided at this term, ante, p. 817, 104 Pac. 1086.

Syllabus by the Court.)

*Appeal from Corporation Commission.*

Action by the State against the Missouri, Kansas & Texas Railway Company and others. From an order fixing the freight rates, the Missouri, Kansas & Texas Railway Company and others appeal. Remanded, with directions.

This proceeding was begun against the Missouri, Kansas & Texas Railway Company, the Atchison, Topeka & Santa Fe Railway Company, the Gulf, Colorado & Santa Fe Railway Company, the Chicago, Rock Island & Pacific Railway Company, the St. Louis & San Francisco Railroad Company, the St. Louis, Iron Mountain & Southern Railway Company, the Kansas City Southern Railway Company, the Fort Smith & Western Railroad Company, the St. Louis, El Reno & Western Railway Company, the Midland Valley Railroad Company, the Kansas City, Mexico & Orient Railway Company, the Oklahoma Central Railroad Company and Asa E. Ramsey as receiver thereof, and the Missouri, Oklahoma & Gulf Railway Company, the herein appellants, by the Corporation Commission, on the 18th day of

December, 1907, by causing to be published in the Guthrie Leader, a daily paper published in Guthrie, Logan county, state of Oklahoma, a certain order, referred to as proposed order No. 4, and thereafter, on the 21st day of January, A. D. 1908, said cause was heard and final order No. 11, fixing intrastate rates on lumber, was made and entered, and on February 2, 1909, application in due form was made to the chairman of the commission for the certification of the evidence heard and considered by the commission in making said order, together with the facts found and the reasons upon which same was based, to this court, and, further, for a *supersedeas* as to the order. The request was granted by the commission as to certifying, but refused as to the *supersedeas,* and the record was certified by the acting chairman of the commission to this court on the 2d day of February, A. D. 1909. On the 11th day of September, A. D. 1909, counsel for appellee moved this court to dismiss this appeal on the grounds: (1) That neither the appeal nor application for such certification was made in due time. (2) That no statement of facts was found certified on the record, although the certificate states that such facts were not made of record by the commission. (3) That it was the duty of the appellants to take such steps to preserve such record, if they desired to appeal.

S. T. Bledsoe, C. O. Blake, Clifford L. Jackson, and Edgar A. De Meules, for appellants.

Geo. A. Henshaw, Asst. Atty. Gen., for the State.

Williams, J. (after stating the facts as above). The case of *Midland Valley Railroad Co., et al. v. State,* No. 736, heretofore decided at this term, *ante,* p. 817, 104 Pac. 1086, concludes this case, both as to law and fact.

The motion to dismiss the appeal is accordingly overruled, and the case remanded to the commission, with like instructions.

All the Justices concur.